# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:21-CV-043-MOC-DCK

| | |
|---|---|
| **TIECCIA MONEA BROWN-LAIR,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **PHOENIX TACO LLC,** | )<br>) |
| **Defendant**. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Joshua R. Adams, concerning Ellison F. McCoy, on February 4, 2021. Ellison F. McCoy seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Ellison F. McCoy is hereby admitted *pro hac vice* to represent Defendant.

Signed: February 4, 2021

David C. Keesler
United States Magistrate Judge